UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:
HINGTGEN, DONALD J., JR
SERGENIAN-HINGTGEN, DANA L.

Debtor(s).

Case No. 10-52142 AHWS

(CHAPTER 7)

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

__X__    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: June 14, 2011

RONALD I. CHORCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109
(860) 563-3955

# EXHIBIT A

Case Name:     HINGTGEN, DONALD J., JR
Case Number:   10-52142

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 2 | | $0.78 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.78 | $ 0.00 |